UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MILLER,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Respondents | Case No. 2:18-cv-10700-R-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the October 25, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

| | |
|---:|---|
| 1 | IT IS HEREBY ORDERED that petitioner's Request for Judicial Notice is |
| 2 | granted, the Petition is denied, this action is dismissed, and the Clerk shall enter |
| 3 | Judgment accordingly. |
| 4 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and |
| 5 | the Judgment herein on petitioner and on respondent's counsel. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: November 22, 2019 |
| 8 | |
| 9 | _____ |
| 10 | UNITED STATES DISTRICT JUDGE |