# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MILLER, <br> Petitioner, <br> v. <br> DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br> Respondents. | Case No. 2:18-cv-10700-R-JC <br><br> JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: November 22, 2019

_____
UNITED STATES DISTRICT JUDGE